UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YEKUSIEL STESEL,

                               Plaintiff,                      **ORDER**

      -against-                                            21 Civ. 6916 (KMK)(JCM)

NATIONWIDE CREDIT, INC.,

                               Defendant.
------------------------------------------------------------X

      On February 24, 2022, the Honorable Kenneth M. Karas signed the parties' proposed protective order. (Docket No. 16). Accordingly, the Clerk is respectfully requested to strike the protective order signed by the undersigned, (Docket No. 17), since it is duplicative.

Dated: February 25, 2022
       White Plains, New York

                                                        **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge